## IN RE Robert C. LOWRY, M.D., Relator

### No. 05–15–00771–CV

Court of Appeals of Texas, Dallas.

Opinion Filed June 30, 2015.

Mark Anthony Cevallos, Kevin B. Miller, Odessa, TX, for appellants

Jacob Kring, Dallas, TX, for appellees.

Before Justices Lang–Miers, Evans, and Whitehill

## MEMORANDUM OPINION

Opinion by Justice Lang–Miers

Relator filed this petition for writ of mandamus requesting the Court order the trial court to set aside its orders finding relator in contempt of court and ordering him to pay attorney's fees. Contempt orders that do not involve confinement may be reviewed by a petition for writ of mandamus. *In re Long*, 984 S.W.2d 623, 625 (Tex.1999) (orig.proceeding). In an original proceeding challenging a contempt order, the relator has the burden to show that the order is void. *See In re Aslam*, 348 S.W.3d 299, 302 (Tex.App.–Fort Worth 2011, orig. proceeding) (citing *In re Coppock*, 277 S.W.3d 417, 418 (Tex.2009) (orig.proceeding)). We conclude relator has failed to establish a right to mandamus relief. We deny the petition.